**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROBERT EARL LYNN  #314558,<br>Petitioner | CIVIL DOCKET NO. 5:21-CV-02027 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MARCUS MYERS,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Record Document 16) of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the Objection filed by Petitioner (Record Document 17), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers, this 12th day of May, 2023.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT